**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rebel Yoga LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | dba Luna and Soul<br>dba Yoga Nanda |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3262623 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 52 E. Park Avenue | 3027 Milburn Ave. |
| Number   Street | Number   Street |
| 2nd Floor | |
| | P.O. Box |
| Long Beach   NY   11561 | Baldwin   NY   11510-4711 |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Nassau County | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 1

Debtor    Rebel Yoga LLC
_____    Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

611699

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                     MM / DD / YYYY
        Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor  Rebel Yoga LLC  
      *Name*

Case number (*if known*)_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____  
    Number      Street

_____  
_____  
City                        State    ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____  
      Contact name _____  
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☐ 50-99  
☑ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  
☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  
☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

| Debtor | Rebel Yoga LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/19/2022
             MM / DD / YYYY

✖ /s/ Rebecca Gathmann-Landini          Rebecca Gathmann-Landini
Signature of authorized representative of debtor      Printed name

Title  LLC Member/Owner

**18. Signature of attorney**

✖ /s/ David Roemerman          Date  04/19/2022
Signature of attorney for debtor                MM / DD / YYYY

David Roemerman
Printed name
Roemerman Law, P.C.
Firm name
11 Broadway, #615
Number    Street
New York                    NY          10004
City                        State       ZIP Code

(212) 375-6614              david.roemerman@roemermanlaw.com
Contact phone               Email address

5074828                     NY
Bar number                  State

Rebel Yoga LLC

Debtor _____    Case number (*if known*)_____
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

**Business**                                      55 Hilton Avenue  Garden City, NY
                                                  11530, Nassau County

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

52 East Park Avenue Realty Group LLC
2269 65th Street, #16497
Brooklyn, NY 11204

55 Hilton LLC
1160 East Jericho Turnpike
Suite 217
Huntington, NY 11743

Abbe Berger
4325 Douglaston Pkwy,
Little Neck, NY 11363

Abby Free
575 W. Fulton Street
Garden City, NY 11530

Aiden McGrath
249 Lucille Avenue
Elmont, NY 11003

Ally Caracamo
58 Taylor Street
Farmingdale, NY 11735

Alyssa Esposito
32 Waterford Road
Island Park, NY 11558

Amy Archer
50 Club Lane
Levittown, NY 11756

Andrea Wayne
50 Reynolds Drive
Long Beach, NY 11561

Andrew Gross
143 Locust Street
Garden City, NY 11530

Angela Benetti
64 Sudbery Lane
Westbury, NY 11590

Anthony Seminara
238 Pearsall Place
Inwood, NY 11096

Arlene Rapinat
812 Barth Drive
Baldwin, NY 11510

Ben Cohen
120 Arthur Street
Garden City, NY 11530

Bernadette Knight
61 Kingsbury
Garden City, NY 11530

Beth Foley
15 Euston Road
Garden City, NY 11530

Brendan Fowler
124 Regent Drive
Long Beach, NY 11561

Brithaney Stewart
137-17 Carson Street
Springfield Gardens, NY 11413

Brittany Tortorella
444 East Chester Street
Long Beach, NY 11561

Cara Durand
111 Tenth Street
Garden City, NY 11530

Cara Stone
229 Seventh Street
Suite 200
Garden City,  11530

Cara Stone (care of Paul McDougal, Esq., Wals
229 Seventh Street
Suite 200
Garden City, NY 11530

Carline Belluci
61 Kentucky Street
Long Beach, NY 11561

Carol Hofman
555 Leweigh Lane
Woodmere, NY 11598

Chase Bank  
Attention: Bankruptcy  
PO Box 6185  
Westerville, OH 43086

Chen Tan  
21 Daley Street  
New Hyde Park, NY 11040

Cheryl Voelker  
16 Bluebell Court  
Garden City, NY 11530

Christina Amador  
87-37 250th Street  
Bellerose, NY 11426

Christine Campbell  
214 Laurelton Boulevard  
Long Beach, NY 11561

Christine Digan  
65 3rd Street  
Garden City, NY 11530

Christy Ambrosini  
61 Brookline Avenue  
Long Beach, NY 11561

Cie Gardet  
72 Wright Road  
Rockville Centre, NY 11570

Clare Sweeny  
616 West Park Avenue  
Long Beach, NY 11561

Dalya Vilinsky  
200 Hewiett Beck Road  
Woodmere, NY 11598

Dan Rinaldi  
107 Evans Avenue  
Oceanside, NY 11572

Dana Lewis  
301 Franklin Avenue, Apt. 212  
Garden City, NY 11530

Daniella Schertz  
848 Briar Place  
Woodmere, NY 11598

Darlene Gottuso  
331 E. Harrison Street  
Long Beach, NY 11561

Dawn Howell  
77-46 78 Street  
Glendale, NY 11385

Deirdre Sullivan  
87 Oregon Street  
Long Beach, NY 11561

Dianne Robinson  
144 Wilson Avenue  
Long Beach, NY 11561

Ed Wile  
43 Bellevue Avenue  
Oceanside, NY 11572

Eleanor Turino  
420 Lido Boulevard  
Long Beach, NY 11561

Elena Karnegie  
15 September Walk  
Long Beach, NY 11561

Elena Rosero  
2349 Cambridge Street  
East Meadow, NY 11554

Erika Prafder  
75 Mohawk Avenue  
Long Beach, NY 11561

Erin Mulholland  
210 E Broadway Apt 3C  
Long Beach, NY 11561

Gabriela Ruchelli  
60 Skillman Avenue, Apt. 1R  
Brooklyn, NY 11211

Gail Nadel
12 Farrell Street
Long Beach, NY 11561

Gina Luciano
101 Clinton Avenue, Apt 1H
Mineola, NY 11501

Hillary Call
339 West Chester Street
Long Beach, NY 11561

Jai Ma Yoga Long Beach, LLC
1 Matlock Street
Long Beach, NY 11561

Janice Goldfarb
63 Murray Drive
Westbury, NY 11590

Jeanine Gallina
446 Maxwell Street
West Hempstead, NY 11552

Jenna Wengler
71 Bellmore Avenue
Point Lookout, NY 11569

Jennifer Giamundo
80 Indiana Avenue
Long Beach, NY 11561

Jennifer Mccann
143 Lee Road
Garden City, NY 11530

Jennifer Walsh
2166 Kenora Place
Seaford, NY 11783

Jessica Berenbrock
105 Voorhis Avenue
Rockville Centre, NY 11570

Jillian Felder
105 Barrett Road
Lawrence, NY 11559

Jocelyn Tobia
30 Florida Street
Long Beach, NY 11561

Joseph Punk
463 Latham Road
Mineola, NY 11501

Kathleen Sproat
65 Harvard Street
Garden City, NY 11530

Katie Campbell
33 Cricket Club Drive
Roslyn, NY 11576

Katie Megiel
59 Robin Road
Westbury, NY 11590

Katie Rogers
139 Wickham Road
Garden City, NY 11530

Katie Stevens
562 e Chester Street
Long Beach, NY 11561

Kelly Mccrum
324 West Pine Street
Long Beach, NY 11561

Kevin Hamel
165 E Broadway #3B
Long Beach, NY 11561

Kristina Manetta
855 E Broadway Apt 1
Long Beach, NY 11561

Kristina O'leary
225 Whitehall Boulevard
Garden City, NY 11530

Larain Valenti
6 Queen Street
Hicksville, NY 11801

Laura Gallo
52 Reyam Road
Lynbrook, NY 11563

Laura Scholl
16 St. James Street S
Garden City, NY 11530

Laura Sullivan
240 Colony Street
West Hempstead, NY 11552

Lauren Bruce
111 Boston Avenue
Massapequa, NY 11758

Lauren DiPrisco
107 Fifteenth Street, C1
Garden City, NY 11530

Lauren Goldfarb
97 Murray Drive
Westbury, NY 11590

Leeann Burke
27 Combers Avenue
Rockville Centre, NY 11570

Leilani Briganti
119 Adams Street
Garden City, NY 11530

Leon Bijou
76 Barnes Street
Long Beach, NY 11561

Liliana Huml
941 Ocean Front
Long Beach, NY 11561

Linnea Romano
2 Heron Street
Long Beach, NY 11561

Lisa Coefield
7 Owls Nest Lane
East Hampton, NY 11937

Lisa Mitzner
260 Lafayette Boulevard
Long Beach, NY 11561

Lorna Spiro
700 Shore Road, Apt. 2AA
Long Beach, NY 11561

Lorraine Cieri
650 Shore Road
Long Beach, NY 11561

Lorraine Trezza
111 Chestnut Street
Garden City, NY 11530

Madeline Stengel
311 E. Olive Street
Long Beach, NY 11561

Madison Asher
50 Fairway Road
Long Beach, NY 11561

Margaret McHugh
100 Garden Street
Garden City, NY 11530

Margi Bellusci
26 Illinoise Ave
Long Beach, NY 11561

Margy Hannan
44 Roxbury Road
Garden City, NY 11530

Marisol Rosales
703 Neptune Boulevard
Long Beach, NY 11561

Mark Watenberg
460 Ocean Avenue
Malverne, NY 11565

Mary Healy
91 Kentucky Street
Long Beach, NY 11561

Marybeth McCarthy
16 Laurel Street
Garden City, NY 11530

Marykate Cassidy
411 Nassau Boulevard
Williston Park, NY 11596

Meaghan Quinn
618 W. Walnut Street
Long Beach, NY 11561

Meghan Eschmann
47 Kensington Road
Garden City, NY 11530

Mia Herbosa
128 Avon Place
West Hempstead, NY 11552

Michele Tesauro-Rossi
119 Willow Street
Garden City, NY 11530

Mohit Keswani
209 Blueberry Lane
Hicksville, NY 11801

Myles Mule
23 Pennsylvania Avenue
Long Beach, NY 11561

Nadira Rauphal
268 S Long Beach Avenue
Freeport, NY 11520

Nancy Archer
50 Club Lane
Levittown, NY 11756

Naomi Africk Alpert
2734 Cold Spring Road
Far Rockaway, NY 11691

Narinder Chawla
10 Lea Place
Albertson, NY 11507

Norman Klein
729 Crestwood Place
West Hempstead, NY 11552

Pat Kosiba
151 Friends Lane
Westbury, NY 11590

Pat Mauro
25 Neptune Boulevard, Apt 9P
Long Beach, NY 11561

Peter Durkan
106 Locust Street
Garden City, NY 11530

Peter Knight
61 Kingsbury
Garden City, NY 11530

Polly Trocchia
19 Spruce Street
West Hempstead, NY 11552

Rachel Lily
49 Ludlow Street
New York, NY 10002

Rebecca Norlander
117 E Penn Street
Long Beach, NY 11561

Reese Berman
1233 Beech Street, #7
Atlantic Beach, AK 11561

Rhonda Modansky
1056 Iris Place
Westbury, NY 11590

Robin Holtzman
21 Lake Road
Great Neck, NY 11020

Rosie Gambino
220 W Broadway #402
Long Beach, NY 11561

Sammi Metzger
39 Indiana Avenue
Long Beach, NY 11561

Shannon Horgan
27 Connecticut Avenue
Long Beach, NY 11561

Shannon Wood
187 Wellington Road
Garden City, NY 11530

Sharon Cesare
91 Scott Drive
Atlantic Beach, NY 11509

Sheri Davis
911 West Park Avenue
long beach, NY 11561

Sonja Greggersen
221 Madison Avenue
Franklin Square, NY 11010

Stefanie Kravitz
73 Kirkwood Street
Long Beach, NY 11561

Stephanie Dorme
505 West Olive Street
Long Beach, NY 11561

Stephanie Flaherty
164 Kent Boulevard
Island Park, NY 11558

Stephanie Irizarry
148 Pine Street
Oceanside, NY 11572

Sue Christino
161 Franklin Boulevard
Long Beach, NY 11561

Susan Mitchell
314 West Fulton Street
Long Beach, NY 11561

Susan Russo
91 Biarritz Street
Long Beach, NY 11561

Susan Vinci
860 East Broadway
Long Beach, NY 11561

Suzanne Kelly
251 W. Broadway
Long Beach, NY 11561

Tania Egan
173 Brompton Road
Garden City, NY 11530

Terry Duignan
32 Island Parkway
Island Park, NY 11558

Tetyana Bond
1 Third Avenue, Apt 411
Mineola, NY 11501

Theresa Malone
621 East Beach
Long Beach, NY 11561

Theresa Stavola
120 Madison Avenue
Island Park, NY 11558

Tracy Rhee
330 Maple Avenue
Westbury, NY 11590

Vadim Shvartsman
32 Illinois Avenue
Long Beach, NY 11561

Van Potter
151 East Penn Street
Long Beach, NY 11561

Wendy Liotti
34 Lexington Street
Westbury, NY 11590

Wendy Young
2500 Mt. Holyoke Road
Upper Arlington, OH 43221

United States Bankruptcy Court
Eastern District of New York

In re: Rebel Yoga LLC

Case No.

Chapter 7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 04/19/2022

/s/ Rebecca Gathmann-Landini
Signature of Individual signing on behalf of debtor

LLC Member/Owner
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of New York

In re  Rebel Yoga LLC

Case No. _____

**Debtor**

Chapter ⁷ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__2,500.00__

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $__2,500.00__

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__0.00__

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an Text y rate of . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify)

4.   [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. [Other provisions as needed]
341 Meeting

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Litigation

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 04/19/2022 | /s/ David Roemerman, 5074828 |
| *Date* | *Signature of Attorney* |
| | Roemerman Law, P.C. |
| | *Name of law firm* |
| | 11 Broadway, #615 |
| | New York, NY 10004 |
| | (212) 375-6614 |
| | david.roemerman@roemermanlaw.com |